(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | **United States Bankruptcy Court**<br>_NORTHERN_ District of _ILLINOIS_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>LUMPKIN, DESIREE T. | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names).<br>NONE | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names). |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):XXX-XX-9266 | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>364 OGELSBY<br>APT #1<br>CALUMET CITY IL  60409 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   COOK | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above): **NOT APPLICABLE**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| [X] Individual(s) | [ ] Railroad | [X] Chapter 7   [ ] Chapter 11   [ ] Chapter 13 | |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9   [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | | |
| [ ] Other | [ ] Clearing Bank | [ ] Sec. 304 - Case ancillary to foreign proceeding | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| [X] Consumer/Non-Business | [ ] Business | [X] Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 05/18/2004
Time: 10:10:26
Debtor: DESIREE T LUMPKIN
Case: 04-19334      Fee : 209
Chapter: 7 Rec. # : 3001300
Judge: Jacqueline Cox
341 mtg: 07/01/2004 @ 03:30PM
Trustee: ROBERT KATZ

1:04BK19334-BK001

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000 |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (12/03) West Group, Rochester, NY

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>LUMPKIN, DESIREE T. | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Desiree T. Lumpk_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_5/17/04_
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_MICHAEL R. RICHMOND 3124632_
Printed Name of Attorney for Debtor(s)

_HELLER & RICHMOND, LTD._
Firm Name

_33 NORTH DEARBORN STREET_
Address

_SUITE 1600_

_CHICAGO IL  60602_

_(312) 781-6700    5/17/04_
Telephone Number          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_5/17/04_
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  ~5/17/04
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Rule 2016(b) (8/91) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *LUMPKIN, DESIREE T.*

Case No.

Chapter  7

_____ / Debtor

_____
Attorney for Debtor:  **MICHAEL R. RICHMOND**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    *650.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $    *650.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $    *0.00*

3.  $    *209.00*    of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *5/17/04*                              Respectfully submitted.

                                         x_____
Attorney for Petitioner: *MICHAEL R. RICHMOND*
                         *HELLER & RICHMOND, LTD.*
                         *33 NORTH DEARBORN STREET*
                         *SUITE 1600*
                         *CHICAGO IL  60602*

Form B 201 (11/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.   Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.   Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.   Under certain circumstances you may keep property that you have purchased subject to valid security interest.
Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.   Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.   Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.   After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 5/17/04 | X _Desiree J. Lum_ | |
| Date | Signature of Debtor | Case Number |

DEBTOR COPY        COURT COPY
(circle one)

FORM B6A (6/90) West Group, Rochester, NY

In re _LUMPKIN, DESIREE T._ _____ / Debtor      Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |
| | | | (Report also on Summary of Schedules.) | |

No continuation sheets attached

FORM B6B (10/99) West Group, Rochester, NY

In re *LUMPKIN, DESIREE T.* _____ / Debtor    Case No. _____
(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHARTER ONE CHECKING Location: In debtor's possession | | $ 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | LANDLORD Location: In debtor's possession | | $ 1,800.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | MISC HOUSEHOLD POSSESSIONS Location: In debtor's possession | | $ 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | NECESSARY CLOTHING Location: In debtor's possession | | $ 1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(K) PLAN Location: In debtor's possession | | Unknown |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Page __1__ of __3__

FORM B6B (10/89) West Group, Rochester, NY

In re **LUMPKIN, DESIREE T.** _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | *2001 PONTIAC GRAN PRIX Location: In debtor's possession* | | $ 8,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

FORM B6B (10/89) West Group, Rochester, NY

In re _LUMPKIN, DESIREE T._ _____ / Debtor    Case No. _____
(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 12,800.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Page  _3_  of  _3_

FORM B6C (6/90) West Group, Rochester, NY

In re  LUMPKIN, DESIREE T.                                     / Debtor        Case No. _____

                                                                                              (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| MISC HOUSEHOLD POSSESSIONS | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |
| NECESSARY CLOTHING | 735 ILCS 5/12-1001(a) | $ 1,000.00 | $ 1,000.00 |
| 401(K) PLAN | 735 ILCS 5/12-1006 | $ 0.00 | Unknown |

FORM B6D (12/03) West Group, Rochester, NY

In re LUMPKIN, DESIREE T. _____ / Debtor       Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetica order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 6101 Creditor # : 1 CENTRIX FINANCE BANKRUPTCY DEPT. 6782 S POTOMAC ST CENTENNIAL CO 80112 | | AUTO LOAN Value: $ 8,000.00 | | | | $ 14,013.00 | $ 6,013.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

| | |
|---|---|
| Subtotal $ (Total of this page) | 14,013.00 |
| Total $ (Use only on last page. Report total also on Summary of Schedules) | 14,013.00 |

FORM B6E (4/04) West Group, Rochester, NY

In re _LUMPKIN, DESIREE T._____/ Debtor      Case No._____

<span style="text-align:right">(if known)</span>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re  LUMPKIN, DESIREE T.                                                    / Debtor       Case No._____
                                                                                                        (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Code debtor | Date Claim was Incurred, and consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No: *9058*<br>*Creditor # : 1*<br>*CITY OF CHICAGO*<br>*BUREAU OF PARKING*<br>*PO BOX 88291*<br>*CHICAGO ILLINOIS 60680-1291* | | *PARKING TICKET FINES*<br>*ILLINOIS PLATE NUMBERS*<br>*B661219...B252353....ESG833...YY*<br>*K560* | | | | $ 1,840.00 | $ 1,840.00 |
| Account No:<br><br>*Representing:*<br>*CITY OF CHICAGO* | | *LINEBARGER GOGGAN BLAIR PENA*<br>*P.O BOX 5233*<br>*CHICAGO IL 60680-5233* | | | | | |
| Account No:<br>*Creditor # : 2*<br>*ILLINOIS DEPT OF REVENUE*<br>*BANKRUPTCY SECTION*<br>*P.O. BOX 64338*<br>*SPRINGFIELD ILL 60664-0338* | | *Taxes* | | | | $ 269.73 | $ 269.73 |
| Account No:<br><br>*Representing:*<br>*ILLINOIS DEPT OF REVENUE* | | *HARVARD COLLECTION SERVICE*<br>*4839 N. ELSTON AVE.*<br>*CHICAGO IL 60630* | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to
Schedule of Creditors

| | |
|---|---|
| Subtotal $ | 2,109.73 |
| (Total of this page) | |
| Total $ | 2,109.73 |

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

FORM B6F (12/03) West Group, Rochester, NY

In re _LUMPKIN, DESIREE T._ _____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   7027 Creditor # : 1 ACCOUNTS RECEIVABLES SERVICES 3921 LOCKPORT ST. PO BOX 6015 BISMARK ND 58506 | | judgment | | | | $ 1,330.33 |
| Account No: Representing: ACCOUNTS RECEIVABLES SERVICES | | JENNIFER L. MCALLISTER & ASSOC 421 N. NORTHWEST HIGHWAY #201 BARRINGTON IL 60010 | | | | |
| Account No:   5260 Creditor # : 2 ASSET ACCEPTANCE COMPANY P.O. BOX 2037 WARREN MI 48090 | | COLLECTION ACCOUNT WINKLEMANS | | | | $ 1,749.00 |
| Account No:   4009 Creditor # : 3 BALLY TOTAL FITNESS CORP. 7755 CENTER AVENUE SUITE 400 HUNTINGTON BEACH CA 92647 | | COLLECTION ACCOUNT | | | | $ 1,394.48 |

_5_ continuation sheets attached

| | |
|---|---|
| Subtotal $ (Total of this page) | 4,473.81 |
| Total $ (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _LUMPKIN, DESIREE T._____ / Debtor     Case No._____

                                                                              (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Representing:*<br>*BALLY TOTAL FITNESS CORP.* | | *FINANCIAL CREDIT LLC*<br>*P.O. BOX 50700*<br>*PHOENIX AZ 85076-0700* | | | | |
| Account No:  *2367*<br>*Creditor # : 4*<br>*WINKELMANS STORES INC.*<br>*P.O. BOX 318035*<br>*CLEVELAND OH 44131-8035* | | *COLLECTION ACCOUNT* | | | | $ 1,749.90 |
| Account No:  *5408*<br>*Creditor # : 5*<br>*ADVOCATE HEALTH CENTERS*<br>*332 SOUTH MICHIGAN AVE*<br>*SUITE 514*<br>*CHICAGO IL 60604* | | *COLLECTION ACCOUNT* | | | | $ 91.00 |
| Account No:<br>*Representing:*<br>*ADVOCATE HEALTH CENTERS* | | *MALCOLM S. GERALD & ASSOC*<br>*332 S. MICHIGAN AVE.*<br>*SUITE 514*<br>*CHICAGO IL 60604* | | | | |
| Account No:  *5631*<br>*Creditor # : 6*<br>*Collection COMPANY OF AMERICA*<br>*700 LONEWATER DRIVE*<br>*NORWELL MA 02061-0329* | | *COLLECTION ACCOUNT* | | | | $ 60.00 |
| Account No:<br>*Creditor # : 7*<br>*CollIECTION COMPANY OF AMERICA*<br>*700 LONGWATER*<br>*NORWELL MA 02061* | | *COLLECTION ACCOUNT* | | | | $ 45.00 |

Sheet No. _1_ of __5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      1,945.90
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _LUMPKIN, DESIREE T._____ / Debtor     Case No. _____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 8<br>COMMONWEALTH EDISON<br>5059 WEST POLK<br>CHICAGO ILLINOIS 60644 | | Utility Bills | | | | $ 125.00 |
| Account No:<br>Representing:<br>COMMONWEALTH EDISON | | HARVARD COLLECTION SERVICE<br>4839 N. ELSTON AVE.<br>CHICAGO IL 60630 | | | | |
| Account No:  0132<br>Creditor # : 9<br>CROSS POINTE<br>220 HICKORY STREET<br>WARREN PA 16366 | | CHARGE | | | | $ 201.00 |
| Account No:  8899<br>Creditor # : 10<br>FINGERHUT<br>PO BOX 900<br>ST CLOUD MN 56395-0900 | | COLLECTION ACCOUNT | | | | $ 1,224.98 |
| Account No:<br>Representing:<br>FINGERHUT | | ASSET ACCEPTANCE CORP.<br>P.O. BOX 2036<br>WARREN MI 48090-2036 | | | | |
| Account No:<br>Creditor # : 11<br>JC PENNEY<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 103126<br>ROSWELL GA 30076 | | CREDIT CARD | | | | Unknown |

Sheet No.  2 of  5 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)  1,550.98
Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  LUMPKIN, DESIREE T. _____ / Debtor     Case No. _____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  45 1 <br> Creditor # : 12 <br> LOUIS A. WEISS HOSPITAL <br> 4645 NORTH MARINE DRIVE <br> CHICAGO ILLINOIS 60640 | | COLLECTION ACCOUNT | | | | $ 195.00 |
| Account No: <br> Representing: <br> LOUIS A. WEISS HOSPITAL | | CB ACCOUNTS INC. <br> P.O. BOX 1289 <br> PEORIA IL 61654-1289 | | | | |
| Account No:  4555 <br> Creditor # : 13 <br> PROVIDIAN <br> P.O. BOX 9007 <br> PLEASANTON CA 94566 | | CREDIT CARD | | | | $ 947.00 |
| Account No: <br> Creditor # : 14 <br> InsURE ON THE SPOT <br> P.O. BOX 55 <br> BATAVIA IL 60510 | | AMOUNT PAST DUE | | | | $ 101.52 |
| Account No:  4263 <br> Creditor # : 15 <br> SPRINT PERSONAL COMMUNICATION <br> P.O. BOX 219718 <br> KANSAS CITY MO 64121-9718 | | COLLECTION ACCOUNT | | | | $ 329.85 |
| Account No: <br> Representing: <br> SPRINT PERSONAL COMMUNICATION | | PROFESSIONAL CREDIT SERVICE <br> P.O. BOX 397 <br> FARMINGDALE NY 11735-0397 | | | | |

Sheet No.  3  of   5  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     1,573.37
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re LUMPKIN, DESIREE T. _____ / Debtor      Case No._____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   9419 Creditor # : 16 T MOBILE USA, INC. T Mobile Bankruptcy P O Box 20907 Tampa FL 33622 | | COLLECTION ACCOUNT | | | | $ 200.00 |
| Account No: Representing: T MOBILE USA, INC. | | SUNRISE CREDIT SERVICES, INC. 260 AIRPORT PLAZA FARMINGDALE NY 11735-3946 | | | | |
| Account No:   3147 Creditor # : 17 TCF BANK 2901 N. MANNHEIM RD. FRANKLIN PARK IL 60131-2280 | | COLLECTION ACCOUNT | | | | $ 518.87 |
| Account No: Representing: TCF BANK | | PROFESSIONAL ACCOUNT MANAGEMEN P.O. BOX 391 MILWAUKEE WI 53201-0391 | | | | |
| Account No:   7124 Creditor # : 18 TRANS WORLD SYSTEMS 5880 COMMERCE BOULEVARD ROHNERT PARK CA 94928-1651 | | COLLECTION ACCOUNT | | | | $ 278.00 |
| Account No:   0001 Creditor # : 19 TRIAD FINANCIAL SERVICES, INC. 7711 CENTER AVE. SUITE 250 HUNTINGTON BEACH CA 92647 | | DEFICIENCY ON REPOSSESSION FFS ACCOUNT 572295-7 | | | | $ 11,132.00 |

Sheet No.   4  of   5  continuation sheets attached to Schedule of                    Subtotal $           12,128.87
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)
                                                                                               Total $
                                                                        (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _LUMPKIN, DESIREE T._____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.  H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  Representing:  TRIAD FINANCIAL SERVICES, INC. | | FIRST FINANCIAL ASSET MNGMT CO  PO BOX 6887  MIRAMAR BEACH FL 32550 | | | | |
| Account No:  3864  Creditor # : 20  UNIVERSITY OF CHICAGO HOSPITAL  P.O. BOX 70565  CHICAGO IL 60673-0565 | | COLLECTION ACCOUNT | | | | $ 100.00 |
| Account No:  Representing:  UNIVERSITY OF CHICAGO HOSPITAL | | TRUSTMARK RECOVERY SERVICES  541 OTIS BOWEN DRIVE  MUNSTER IN 46321 | | | | |
| Account No:  2661  Creditor # : 21  US DEPARTMENT OF EDUCATION  PO BOX 4169  GREENVILLE TX 75403-4169 | | Student Loan | | | | $ 5,072.00 |
| Account No:  Creditor # : 22  WFNNB/EXPRESS  PO BOX 330066  NorthGLENN CO 80233 | | CREDIT CARD | | | | Unknown |
| Account No: | | | | | | |

Sheet No _5_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal $  (Total of this page) | | 5,172.00 |
| Total $  (Report total also on Summary of Schedules) | | 26,844.93 |

FORM B6G (10/89) West Group, Rochester, NY

In re *LUMPKIN, DESIREE T.* _____ / Debtor    Case No. _____
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address,<br>including Zip Code, of<br>other Parties to Lease<br>or Contract | Description of Contract or Lease and<br>Nature of Debtor's Interest.<br>State whether Lease is for Nonresidential Real Property.<br>State Contract Number of any Government Contract. |
|---|---|
|  |  |

FORM B6H (6/90) West Group, Rochester, NY

In re *LUMPKIN, DESIREE T.* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

FORM B6I (12/03) West Group, Rochester, NY

In re *LUMPKIN, DESIREE T.* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status:<br>*Married* | RELATIONSHIP | | AGE |
| | *DAUGHTER* | | *16* |
| | *DAUGHTER* | | *16* |
| | *DAUGHTER* | | *13* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *SUPERVISOR* | |
| Name of Employer | *SMART DOCUMENT SOLUTION* | |
| How Long Employed | *4 YEARS* | |
| Address of Employer | *120 BLUEGRASS VALLEY PARKWAY*<br>*ALPHARETTA GA  30005* | |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | *2,840.50* | $ | *0.00* |
| Estimated Monthly Overtime | $ | *0.00* | $ | *0.00* |
| SUBTOTAL | $ | *2,840.50* | $ | *0.00* |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll Taxes and Social Security | $ | *543.77* | $ | *0.00* |
| b. Insurance | $ | *0.00* | $ | *0.00* |
| c. Union Dues | $ | *0.00* | $ | *0.00* |
| d. Other (Specify):  *401 (K)* | $ | *56.83* | $ | *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *600.60* | $ | *0.00* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | *2,239.90* | $ | *0.00* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ | *0.00* |
| Income from Real Property | $ | *0.00* | $ | *0.00* |
| Interest and dividends | $ | *0.00* | $ | *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| Social Security or other government assistance<br>Specify: | $ | *0.00* | $ | *0.00* |
| Pension or retirement income | $ | *0.00* | $ | *0.00* |
| Other monthly income<br>Specify: | $ | *0.00* | $ | *0.00* |
| TOTAL MONTHLY INCOME | $ | *2,239.90* | $ | *0.00* |

TOTAL COMBINED MONTHLY INCOME    $ _____ *2,239.90*
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re **LUMPKIN, DESIREE T.** _____ / Debtor        Case No. _____
                                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 725.00 |
| Are real estate taxes included?   Yes ☐   No ☒ | |
| Is property insurance included?   Yes ☐   No ☒ | |
| Utilities: Electricity and heating fuel | $ 0.00 |
|     Water and sewer | $ 0.00 |
|     Telephone | $ 60.00 |
|     Other   *CELL PHONE* | $ 45.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 50.00 |
| Food | $ 500.00 |
| Clothing | $ 250.00 |
| Laundry and dry cleaning | $ 100.00 |
| Medical and dental expenses | $ 0.00 |
| Transportation (not including car payments) | $ 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 111.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
|     Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 367.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other:   *PERSONAL ITEMS & GROOMING* | $ 100.00 |
| Other:   *SCHOOL ACTIVITY & FEES* | $ 100.00 |
| Other: | $ 0.00 |
| TOTAL MONTHLY EXPENSES   (Report also on Summary of Schedules) | $ 2,558.00 |

West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re   *LUMPKIN, DESIREE T.*

Case No.
Chapter:   7

_____/Debtor(s)

Attorney For Debtor:  *MICHAEL R. RICHMOND*

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 1 | ACCOUNTS RECEIVABLES SERVICES<br>3921 LOCKPORT ST.<br>PO BOX 6015<br>BISMARK, ND  58506 | judgment | | $ 1,330.33 |
| 2 | ASSET ACCEPTANCE COMPANY<br>P.O. BOX 2037<br>WARREN, MI  48090 | COLLECTION ACCOUNT<br>WINKLEMANS | | $ 1,749.00 |
| 3 | BALLY TOTAL FITNESS CORP.<br>7755 CENTER AVENUE<br>SUITE 400<br>HUNTINGTON BEACH, CA  92647 | COLLECTION ACCOUNT | | $ 1,394.48 |
| 4 | WINKELMANS STORES INC.<br>P.O. BOX 318035<br>CLEVELAND, OH  44131-8035 | COLLECTION ACCOUNT | | $ 1,749.90 |
| 5 | ADVOCATE HEALTH CENTERS<br>332 SOUTH MICHIGAN AVE<br>SUITE 514<br>CHICAGO, IL  60604 | COLLECTION ACCOUNT | | $ 91.00 |
| 6 | CENTRIX FINANCE<br>BANKRUPTCY DEPT.<br>6782 S POTOMAC ST<br>CENTENNIAL, CO  80112 | AUTO LOAN | | $ 14,013.00 |
| 7 | CITY OF CHICAGO<br>BUREAU OF PARKING<br>PO BOX 88291<br>CHICAGO, ILLINOIS  60680-1291 | Debts to Government<br>PARKING TICKET FINES<br>ILLINOIS PLATE NUMBERS<br>B661219...B252353....ESG833...YYK560 | | $ 1,840.00 |
| 8 | Collection COMPANY OF AMERICA<br>700 LONEWATER DRIVE<br>NORWELL, MA  02061-0329 | COLLECTION ACCOUNT | | $ 60.00 |

West Group, Rochester, NY

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 9 | CollECTION COMPANY OF AMERICA<br>700 LONGWATER<br>NORWELL, MA  02061 | COLLECTION ACCOUNT | | $ 45.00 |
| 10 | COMMONWEALTH EDISON<br>5059 WEST POLK<br>CHICAGO, ILLINOIS  60644 | Utility Bills | | $ 125.00 |
| 11 | CROSS POINTE<br>220 HICKORY STREET<br>WARREN, PA  16366 | CHARGE | | $ 201.00 |
| 12 | FINGERHUT<br>PO BOX 900<br>ST CLOUD, MN  56395-0900 | COLLECTION ACCOUNT | | $ 1,224.98 |
| 13 | ILLINOIS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>SPRINGFIELD, ILL  60664-0338 | Debts to Government<br>Taxes | | $ 269.73 |
| 14 | JC PENNEY<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 103126<br>ROSWELL, GA  30076 | CREDIT CARD | | Unknown |
| 15 | LOUIS A. WEISS HOSPITAL<br>4646 NORTH MARINE DRIVE<br>CHICAGO, ILLINOIS  60640 | COLLECTION ACCOUNT | | $ 195.00 |
| 16 | PROVIDIAN<br>P.O. BOX 9007<br>PLEASANTON, CA  94566 | CREDIT CARD | | $ 947.00 |
| 17 | InsURE ON THE SPOT<br>P.O. BOX 55<br>BATAVIA, IL  60510 | AMOUNT PAST DUE | | $ 101.52 |
| 18 | SPRINT PERSONAL COMMUNICATION<br>P.O. BOX 219718<br>KANSAS CITY, MO  64121-9718 | COLLECTION ACCOUNT | | $ 329.85 |
| 19 | T MOBILE USA, INC.<br>T Mobile Bankruptcy<br>P O Box 20907<br>Tampa, FL  33622 | COLLECTION ACCOUNT | | $ 200.00 |

West Group, Rochester, NY

# LIST OF CREDITORS
## (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 20 | TCF BANK<br>2901 N. MANNHEIM RD.<br>FRANKLIN PARK, IL  60131-2280 | COLLECTION ACCOUNT | | $ 518.87 |
| 21 | TRANS WORLD SYSTEMS<br>5880 COMMERCE BOULEVARD<br>ROHNERT PARK, CA  94928-1651 | COLLECTION ACCOUNT | | $ 278.00 |
| 22 | TRIAD FINANCIAL SERVICES, INC.<br>7711 CENTER AVE.<br>SUITE 250<br>HUNTINGTON BEACH, CA  92647 | DEFICIENCY ON REPOSSESSION<br>FFS ACCOUNT 572295-7 | | $ 11,132.00 |
| 23 | UNIVERSITY OF CHICAGO HOSPITAL<br>P.O. BOX 70565<br>CHICAGO, IL  60673-0565 | COLLECTION ACCOUNT | | $ 100.00 |
| 24 | US DEPARTMENT OF EDUCATION<br>PO BOX 4169<br>GREENVILLE, TX  75403-4169 | Student Loan | | $ 5,072.00 |
| 25 | WFNNB/EXPRESS<br>PO BOX 330066<br>NorthGLENN, CO  80233 | CREDIT CARD | | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *LUMPKIN, DESIREE T.*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  *MICHAEL R. RICHMOND*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *5/17/04* _____

_____
Debtor

LINEBARGER GOGGAN BLAIR PENA
P.O BOX 5233
CHICAGO, IL  60680-5233

ACCOUNTS RECEIVABLES SERVICES
3921 LOCKPORT ST.
PO BOX 6015
BISMARK, ND  58506

ASSET ACCEPTANCE COMPANY
P.O. BOX 2037
WARREN, MI  48090

ASSET ACCEPTANCE CORP.
P.O. BOX 2036
WARREN, MI  48090-2036

BALLY TOTAL FITNESS CORP.
7755 CENTER AVENUE
SUITE 400
HUNTINGTON BEACH, CA  92647

WINKELMANS STORES INC.
P.O. BOX 318035
CLEVELAND, OH  44131-8035

ADVOCATE HEALTH CENTERS
332 SOUTH MICHIGAN AVE
SUITE 514
CHICAGO, IL  60604

CB ACCOUNTS INC.
P.O. BOX 1289
PEORIA, IL  61654-1289

CENTRIX FINANCE
BANKRUPTCY DEPT.
6782 S POTOMAC ST
CENTENNIAL, CO  80112

CITY OF CHICAGO
BUREAU OF PARKING
PO BOX 88291
CHICAGO, ILLINOIS  60680-1291

Collection COMPANY OF AMERICA
700 LONEWATER DRIVE
NORWELL, MA  02061-0329

ColLECTION COMPANY OF AMERICA
700 LONGWATER
NORWELL, MA  02061

COMMONWEALTH EDISON
5059 WEST POLK
CHICAGO, ILLINOIS  60644

CROSS POINTE
220 HICKORY STREET
WARREN, PA  16366

FINANCIAL CREDIT LLC
P.O. BOX 50700
PHOENIX, AZ  85076-0700

FINGERHUT
PO BOX 900
ST CLOUD, MN  56395-0900

FIRST FINANCIAL ASSET MNGMT CO
PO BOX 6887
MIRAMAR BEACH, FL  32550

HARVARD COLLECTION SERVICE
4839 N. ELSTON AVE.
CHICAGO, IL  60630

ILLINOIS DEPT OF REVENUE
BANKRUPTCY SECTION
P.O. BOX 64338
SPRINGFIELD, ILL  60664-0338

JC PENNEY
BANKRUPTCY DEPARTMENT
P.O. BOX 103126
ROSWELL, GA  30076

JENNIFER L. MCALLISTER & ASSOC
421 N. NORTHWEST HIGHWAY
#201
BARRINGTON, IL  60010

LOUIS A. WEISS HOSPITAL
4646 NORTH MARINE DRIVE
CHICAGO, ILLINOIS  60640

LUMPKIN, DESIREE T.
364 OGELSBY
APT #1
CALUMET CITY, IL  60409

MALCOLM S. GERALD & ASSOC
332 S. MICHIGAN AVE.
SUITE 514
CHICAGO, IL  60604

MICHAEL R. RICHMOND
33 NORTH DEARBORN STREET
SUITE 1600
CHICAGO, IL  60602

PROFESSIONAL ACCOUNT MANAGEMEN
P.O. BOX 391
MILWAUKEE, WI  53201-0391

PROFESSIONAL CREDIT SERVICE
P.O. BOX 397
FARMINGDALE, NY  11735-0397

PROVIDIAN
P.O. BOX 9007
PLEASANTON, CA  94566

InsURE ON THE SPOT
P.O. BOX 55
BATAVIA, IL  60510

SPRINT PERSONAL COMMUNICATION
P.O. BOX 219718
KANSAS CITY, MO  64121-9718

SUNRISE CREDIT SERVICES, INC.
260 AIRPORT PLAZA
FARMINGDALE, NY  11735-3946

T MOBILE USA, INC.
T Mobile Bankruptcy
P O Box 20907
Tampa, FL  33622

TCF BANK
2901 N. MANNHEIM RD.
FRANKLIN PARK, IL  60131-2280

TRANS WORLD SYSTEMS
5880 COMMERCE BOULEVARD
ROHNERT PARK, CA  94928-1651

TRIAD FINANCIAL SERVICES, INC.
7711 CENTER AVE.
SUITE 250
HUNTINGTON BEACH, CA  92647

TRUSTMARK RECOVERY SERVICES
541 OTIS BOWEN DRIVE
MUNSTER, IN  46321

UNIVERSITY OF CHICAGO HOSPITAL
P.O. BOX 70565
CHICAGO, IL  60673-0565

US DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE, TX  75403-4169

WFNNB/EXPRESS
PO BOX 330066
NorthGLENN, CO  80233

FORM B8 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *LUMPKIN, DESIREE T.*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

**a.   Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.   Property to Be Retained.**                                   [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *2001 PONTIAC GRAN PRIX* | *CENTRIX FINANCE* | | | X |

### Signature of Debtor(s)

Date: _5/17/04_____       Debtor: _Desiree T. Lump_____

Date: _5/17/04_____       Joint Debtor: _____

Form 7 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *LUMPKIN, DESIREE T.*

Case No.

Chapter   *7*

_____ / Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

**1. Income from employment or operation of business.**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                  SOURCE (if more than one)

*Year to date: $13,000*
*(APPROX)*
     *Last Year: $35,487*
*Year before: $25,000*
*(APPROX)*

---

**2. Income other than from employment or operation of business.**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

Form 7 (12/03)  West Group, Rochester, NY

**3. Payments to creditors.**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *ACCOUNT RECEIVABLE V. DESIREE LUMPKIN 03 M1 1767027* | *BREACH OF CONTRACT* | *CIRCUIT COURT OF COOK COUNTY* | *JUDGMENT FOR PLAINTIFF* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: ACCOUNT RECEIVABLE SYSTEM* *Address:* | | *Description: WAGE GARNISHMENT* *Value:* |

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE. TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: TRAID FINANCIAL* *Address:* | *3/03* | *Description: 1999 CHEVY LUMINA* *Value:* |

**6. Assignments and receiverships.**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (12/03)  West Group, Rochester, NY

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: HELLER & RICHMOND, LTD. Address: 33 NORTH DEARBORN STREET SUITE 1600 CHICAGO, IL 60602 | Date of Payment: Payor: LUMPKIN, DESIREE T. | $650.00 |

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Institution: TCF BANK Address: | Account Type and No.: CHECKING Final Balance: 0 | 11/03 |

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (12/03)  West Group, Rochester, NY

### 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

### 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under any Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

Form 7 (12/03)  West Group, Rochester, NY

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date **5/17/04**          Signature *Desiree Lumpkin*
                          LUMPKIN, DESIREE T.

Date _____          Signature _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *LUMPKIN, DESIREE T.*

Case No.
Chapter  7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $        0.00 | | |
| B-Personal Property | Yes | 3 | $    12,800.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $    14,013.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $     2,109.73 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $    26,844.93 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $     2,239.90 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $     2,558.00 |
| Total Number of Sheets in All Schedules ▶ | | 18 | | | |
| Total Assets ▶ | | | $    12,800.00 | | |
| Total Liabilities ▶ | | | | $    42,967.66 | |

FORM B6 (6/90) West Group, Rochester, NY

In re: **LUMPKIN, DESIREE T.** _____ / Debtor     Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**19**_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: **5/17/04** _____     Signature _____

LUMPKIN, DESIREE T.